UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 02 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ERIC ANTHONY GRIMES, )
)
Plaintiff, )
)
v. ) Civil Action No.: 1:19-cv-00639 (UNA)
)
WOOD COUNTY COURT )
OF COMMON PLEAS, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and motion for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* motion [2] and the complaint [1] will be dismissed without prejudice.

The instant complaint is substantially similar, if not identical, to another filed by plaintiff in a recent lawsuit, *see Grimes v. Carrington Mortgage Service, LLC, et al.*, No. 19-cv-00638 (UNA) (D.D.C. filed Mar. 4, 2019), and this matter will be dismissed as duplicative.

An Order is issued separately.

_____
United States District Judge

Date: April ___, 2019